

ORDERED in the Southern District of Florida on November 22, 2010.

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
SANDRA E. ALVES
SSN: XXX-XX-5578

Case No: 10-35170-RBR
Chapter 13

_____Debtor_____/

### ORDER GRANTING MOTION TO VALUE AND DETERMINING SECURED STATUS OF LIEN ON REAL PROPERTY

THIS CASE came on to be heard on November 18, 2010 on the Debtor's Motion to Value and Determine Secured Status of Lien on Real Property. Based upon the record, it is

**ORDERED:**

1. The debtor's Motion to Value and Determine Secured Status of Lien on Real Property is granted.

1

LF-92 (12/01/09)

2. Based upon the debtor's assertion, without objection, the court finds the value of the debtor's real property located at 17448 SW 28 Court, Pembroke Pines, FL 33029, and more particularly described as Lot C38, SILVER LAKES PHASE III REPLAT, according to the Plat thereof, as recorded in Plat Book 159, Page 38 of the Public Records of Broward County, Florida is $253,325.00 at the time of the filing.

3. Based upon the debtor's assertion, without objection, the court finds the payoff of the first mortgage is $292,000.00.

4. Based upon the debtor's assertion, without objection that there is no equity after payment-in-full of the first mortgage, Citibank, NA's (acct #1231) secured interest in the collateral is deemed to be $0.

5. Citibank, NA's lien, account #1231, recorded on 12/5/2006 at OR Book 43210, Page 1922, of the official records of Broward County, Florida shall be deemed void and shall be extinguished automatically, without further order of the court, upon entry of the debtor's discharge in this chapter 13 case. Further, if this case is converted to a case under any other chapter or if this chapter 13 case is dismissed, Citibank, NA's lien (account #1231) will no longer be considered void and shall be restored as a secured debt.

6. Citibank, NA's (account #1231) is deemed to be wholly unsecured.

7.
    __X__ Based upon the fact Citibank, NA (acct #1231) has not filed a Proof of Claim, the trustee shall not disburse any payments to Citibank, NA (acct #1231) unless a Proof of Claim is timely filed. In the event a Proof of Claim is timely filed, it shall be classified as a general unsecured claim.

    or

    ____ Based upon the fact Lender has timely filed a Proof of Claim, it shall be classified as a general unsecured claim regardless of the original classification.

2

OO-92 (12/01/09)

8. The subject property may not be sold or refinanced without proper notice and further order of the court.

9. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted by:
Law Offices of Efrain Cortes, LLC
POB 590173
Ft. Lauderdale, FL  33359
(954) 486-5722
(954) 730-0177 fax

Efrain Cortes, POB 590173, Ft. Lauderdale, FL 33359, 954-486-5722, attorney for Debtors, is directed to furnish a copy of this order on the parties listed and file a certificate of service.

3

00-92 (12/01/09)