

ORDERED in the Southern District of Florida on November 22, 2010.

Raymond B. Ray, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
SANDRA E. ALVES
SSN: XXX-XX-5578

Case No: 10-35170-RBR

Chapter 13

_____ Debtor /

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY WELLS FARGO DEALER SERVICES

THIS CASE came to be heard on November 18, 2010 on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (the "Motion"). Based upon the Debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the Debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

  __X__    Motor vehicle described as follows:

          2007 Mitsubishi Eclipse:

          VIN #: 4A3AK24F07E054644

          Odometer reading:52,229

  ____    Personal property other than a motor vehicle described as follows:

          is $_____ at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Wells Fargo Dealer Services, acct #4414, has an allowed secured claim in the amount of $8,825.00.

3. (Select only one):

  ____    Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at % for a total of $_____.

or

   __X__  Wells Fargo Dealer Services, acct #4414, filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $8,925.75, regardless of the original classification in the proof of claim as filed. Wells Fargo Dealer Services, acct #4414, secured claim shall be paid through the plan at 5.25% for a total of $10,053.00 .

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Submitted by:
Law Offices of Efrain Cortes, LLC
POB 590173
Ft. Lauderdale, FL  33359
(954) 486-5722
(954) 730-0177 fax

Efrain Cortes, POB 590173, Ft. Lauderdale, FL 33359, 954-486-5722, attorney for Debtors, is directed to furnish a copy of this order on the parties listed and file a certificate of service.