**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 10-35170-RBR |
| SANDRA E. ALVES | Chapter 13 |
| SSN.: 5578 | |
| _____Debtor(s)_____/ | |

## DEBTOR'S MOTION TO SELL HOMESTEAD PROPERTY

COMES NOW, the Debtor, SANDRA F. ALVES, by and through the undersigned attorney and move this court for an order allowing the Debtors to approve the sale of their homestead real property and would show as follows:

1. On August 25, 2010, the Debtor filed a Petition for Relief under Chapter 13 of the Bankruptcy Code.

2. The Debtor is short selling the homestead property located at 17448 SW 28 Court, Miramar, FL 33029 and legally described as

> **Lot C38, SILVER LAKES PHASE III REPLAT, according to the Plat thereof, as recorded in Plat Book 159, Page 38 of the Public Records of Broward County, Florida.**

3. The Chapter 13 Plan has been confirmed.

4. The Debtor will not receive any proceeds from the short sale of homestead property and the closing.

5. No creditor will be prejudiced by the sale of the property.

WHEREFORE, the Debtor, respectfully prays this Court for an Order allowing them to sell their homestead property and any such other relief this court deems just and proper.

## CERTIFICATE OF SERVICE

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090(A).

Dated this 31st of August, 2012.

/S/ Efrain Cortes
EFRAIN CORTES, ESQ.
FBN.: 0885649
Attorney for Debtor
POB 590173
Ft. Lauderdale, FL 33359
(954) 486-5722
ecglaw@juno.com