

ORDERED in the Southern District of Florida on October 24, 2012.

Raymond B. Ray, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 10-35170-RBR |
| SANDRA ALVES | Chapter 13 |
| SSN.: 5578 | |
| _____Debtor(s)_____ / | |

### ORDER GRANTING DEBTOR'S MOTION
### TO SELL HOMESTEAD PROPERTY

THIS CAUSE came to be heard on October 18, 2012 at 1:00 P.M., upon Debtor's Motion to Sell Homestead Property, based upon the record, it is

ORDERED:

1. Subject to Lender's approval, the Debtors' Motion to Sell Homestead Property is **GRANTED**.

2. The Debtors' homestead property is more specifically described as Lot C 38, Block SILVER LAKES PHASE III REPLAT, according to the Plat thereof, recorded in Plat Book 159, Page 38 of the Public Records of Broward County, Florida.

3. The Debtor's homestead property is commonly known as 17448 SW 28th Ct., Pembroke Pines, FL 33029.

4. The Debtors shall provide the Trustee with copies of all closing documents and amended schedules pertaining to the sale no later than 5 days following the closing.

5. If applicable, the Debtors shall apply all proceeds, if any, in a segregated account.

6. If applicable, the Debtors shall provide an updated claims register and copies of all claims to the Trustee within 10 days of this Order.  The Debtors shall also request a payoff of the confirmed plan, in writing, within 10 days of this Order (If applicable).

7. If applicable, except for the amounts due the mortgagee, the Debtors' Homeowner Association, Property Tax Assessments,  Real Estate & other related fees , all proceeds, if any,  shall be disbursed to the trust account of Efrain Cortes.  Efrain Cortes shall timely forward any applicable payoff to the trustee at Robin R. Weiner, Trustee at P.O. Box 2258, Memphis, TN 38101-2258.

8. If applicable, the Debtors shall file a motion to modify the confirmed plan and a proposed modified plan no later than 5 days following the closing.  The Debtors shall provide for 100% of all allowed unsecured claims or increase the amount provided to unsecured creditors in the confirmed plan by the proceeds of the sale.

9. The Trustee shall continue to make payments to all creditors under the confirmed plan until further order of the court.

10. An order discharging the Debtors will be issued in the normal course upon completion of the confirmed plan.

###

Efrain Cortes, POB 590173, Ft. Lauderdale, FL 33359, 954-486-5722, attorney for Debtors,  is directed to furnish a copy of this order on the interested parties and file a certificate of service.