# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CASE NO.: 10-35170-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

SANDRA E. ALVES
XXX-XX-5578

DEBTOR_____/

## REPORT OF COMPLIANCE

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1. Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on March 26, 2013, as a result of the Debtor's failure to remain current under the confirmed plan.

2. The Debtor is substantially current under the last filed Notice of Delinquency.

3. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the court for appropriate action.
**RESPECTFULLY SUBMITTED** this 23rd day of May, 2013.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Report Of Compliance was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 23rd day of May, 2013.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

REPORT OF COMPLIANCE<br>
CASE NO.:  10-35170-BKC-RBR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
SANDRA E. ALVES
17448 SW 28 CT.
PEMBROKE PINES, FL  33029

**ATTORNEY FOR DEBTOR**
EFRAIN CORTES, ESQUIRE
PO BOX 590173
FT LAUDERDALE, FL  33359